JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SULEIMAN HASSANKHIL,<br><br>Plaintiff,<br><br>-vs-<br><br>VW CREDIT, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS INC.; TRANS UNION LLC; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.<br><br>8:24-cv-02512-DOC-KES<br><br>**ORDER TO DISMISS** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees. The Court hereby orders all proceedings in the case VACATED and taken off calendar.

Dated: January 9, 2025

*/s/ David O. Carter*
_____
Honorable Judge of the District Court

Order to Dismiss - 1